UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE RONALD RODRIGUEZ HERNANDEZ,

                Petitioner,

      - against -

KENNETH GENALO, ET AL.,

                Respondent.

26-cv-2481 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the petitioner's petition for a writ of habeas corpus on **Thursday, March 26, 2025**, at **4:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
         March 26, 2026

                          John G. Koeltl
                   United States District Judge