UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

JOSE RONALDO RODRIGUEZ HERNANDEZ,
                    Petitioner,                 26-cv-02481 (RA)

        - against -                             ORDER

KENNETH GENALO, ET AL.,
                    Respondents.

————————————————————————————

JOHN G. KOELTL, District Judge:

    As discussed in the telephone conference held today, the respondents shall submit their response to the petitioner's habeas corpus petition (ECF No.1) by **April 2, 2026.** The petitioner shall reply by **April 8, 2026.**

    Pending a decision on the habeas petition or any amended petition, the petitioner shall not be transferred outside the Southern or Eastern District of New York or the District of New Jersey.

SO ORDERED.
Dated:    New York, New York
          March 26, 2026

                                    _____
                                          John G. Koeltl
                                    United States District Judge