UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE RONALDO RODRIGUEZ HERNANDEZ,

Petitioner,

v.

KENNETH GENALO, *Acting Director of New York City Field Office, U.S. Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*, in their official capacity; MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security*; LAWRENCE CATLETTI, *Colonel of the Orange County Correctional Facility*;

Respondents.

26-CV-2481

ORDER

---

RONNIE ABRAMS, United States District Judge:

Yesterday, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Judge Koeltl, in his capacity as Part I judge, issued an order setting a briefing schedule on the petition and restraining Respondents from transferring Petitioner outside this District, the Eastern District of New York, or the District of New Jersey pending a decision on the petition or any amended petition. Dkt. No. 5. Judge Koeltl's order shall remain in full effect. It is further ordered that this matter shall be heard by the Court on April 10, 2026 at 3:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. Respondents shall produce Petitioner at this hearing.

SO ORDERED.

Dated:    March 27, 2026
          New York, New York

Ronnie Abrams
United States District Judge