**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                              )      No. 1:26-CV-2481-RA

RODRIGUEZ-HERNANDEZ,        )
         Petitioner,          )

v.                            )
                              )

GENALO,                 )
         Respondents.       )
_____)

## PETITIONER`S MOTION TO ACCEPT LATE FILED REPLY

Now comes the Petitioner, by and through undersigned counsel, and hereby respectfully moves the Honorable Court to accept the late filed reply.

Counsel for the Petitioner states that he was required to appear for three hearings on separate immigration courts, and as such, he was unable to file the reply by the ordered deadline

Date: April 9, 2026                      Respectfully submitted,

Application granted.                  /s/ Stephen A. Pegnam

SO ORDERED.                       _____
                                   Stephen A. Pegnam, Esq.
                                   Lagana & Associates
                                   145 Essex Street
_____    Lawrence, MA 01840
Hon. Ronnie Abrams             Tel.: 978 794 2331
April 10, 2026                   Fax: 978 794 2441

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Stephen A. Pegnam                                        Dated: April 9, 2026

Stephen A. Pegnam, Esq.
Law Offices of Stephen A. Lagana
145 Essex Street Lawrence, MA 01840