UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RONALDO RODRIGUEZ HERNANDEZ,

Petitioner,

v.

KENNETH GENALO, *Acting Director of New York City Field Office, U.S. Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*, in their official capacity; MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security*; LAWRENCE CATLETTI, *Colonel of the Orange County Correctional Facility*;

Respondents.

26-CV-2481

ORDER

RONNIE ABRAMS, United States District Judge:

Mr. Jose Ronaldo Rodriguez Hernandez, a noncitizen originally from El Salvador and currently in the custody of Immigration and Customs Enforcement ("ICE"), petitions this Court for a writ of habeas corpus. Dkt. 1. As discussed at today's hearing and on agreement of the parties, it is hereby:

ORDERED that, by 5:00 p.m. April 17, 2026, the Government shall ensure that Mr. Rodriguez Hernandez is brought before an immigration judge for an individualized bond hearing pursuant to 8 U.S.C. § 1226 (a). At that hearing, the Government shall bear the burden of demonstrating, by clear and convincing evidence, that Mr. Rodriguez Hernandez presents a danger to the community or risk of flight. In making such a determination, the immigration judge must consider alternatives to detention and Petitioner's ability to pay.

IT IS FURTHER ORDERD that, if Mr. Rodriguez Hernandez is not provided with such a bond hearing by 5:00 p.m. on April 17, 2026, the Government shall release him immediately.

SO ORDERED.

Dated:      April 10, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge