UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RONALDO RODRIGUEZ HERNANDEZ,

Petitioner,

v.

KENNETH GENALO, *Acting Director of New York City Field Office, U.S. Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*, in their official capacity; MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security*; LAWRENCE CATLETTI, *Colonel of the Orange County Correctional Facility*;

Respondents.

26-CV-2481

ORDER

RONNIE ABRAMS, United States District Judge:

It is hereby ordered that by no later than April 24, 2026, the parties shall submit a joint letter to the Court providing the status of the bond hearing. The parties shall also notify the Court whether there is any other issue requiring the Court's attention. If not, the case will be terminated.

SO ORDERED.

Dated:       April 20, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge