UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RONALDO RODRIGUEZ HERNANDEZ,

Petitioner,

v.

KENNETH GENALO, *Acting Director of New York City Field Office, U.S. Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*, in their official capacity; MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security*; LAWRENCE CATLETTI, *Colonel of the Orange County Correctional Facility*;

Respondents.

26-CV-2481

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the parties' agreement that there are no outstanding issues for the Court to address, the Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

Dated:       April 27, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge